UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE SEVERIANO-BADILLO,<br><br>                                  Petitioner,<br><br>v.<br><br>WILLIAM BARR, Attorney General,<br><br>                                  Respondent. | Case No.: 20-cv-00818-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Docket No. 4.] |

On December 6, 2019, Petitioner Rene Severiano-Badillo, a 44 year-old native and citizen of Mexico and detainee at the Otay Mesa Detention Center ("OMDC") in the custody of the U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement, filed a petition for review with the United States Court of Appeals for the Ninth Circuit. (Doc. No. 1-4.) On March 28, 2020, Petitioner filed before the Ninth Circuit an emergency motion for immediate relief seeking his release from custody due to health risks created by the potential spread of COVID-19. (Doc. No. 1-2.) On April 1, 2020, Respondent filed an opposition to Petitioner's motion for release. (Doc. No. 1-3.)

On April 30, 2020, the Ninth Circuit issued an order construing Petitioner's motion for release from detention as a petition for writ of habeas corpus under 28 U.S.C. § 2241 and transferred the petition to the Southern District of California. (Doc. No. 1 at 1-2.) On

May 4, 2020, the Court issued a scheduling order in the action requesting supplemental briefing from the parties. (Doc. No. 2.)

On June 10, 2020, the parties filed a joint motion to dismiss the action in its entirety. (Doc. No. 4.) In the joint motion, the parties explain that on May 15, 2020, an Immigration Judge granted Petitioner release on bond, and Petitioner was subsequently released from detention. (Id. at 2.) The parties explain that, therefore, Petitioner Severiano-Badillo has now been granted the relief he sought through his habeas petition. (Id.)

As such, the Court, for good cause shown, grants the parties' joint motion to dismiss, and the Court dismisses the § 2241 habeas petition with the each party to each bear its own costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: June 11, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT